1  BENJAMIN B. WAGNER
   United States Attorney
2
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6
   Attorneys for Plaintiff
7  United States of America

**FILED**

JUL 15 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE INSTALLATION AND MONITORING OF A TRACKING DEVICE IN OR ON A SILVER DODGE RAM, WITH LICENSE PLATE California 8Z53325, VIN # ID7HA18D24S537742 | CASE NO. 2:14-SW-0142 AC<br><br>[PROPOSED] ORDER<br><br>**UNDER SEAL** |

The United States has represented that there exists an ongoing investigation into the narcotics trafficking activities of the parties named in the application and order, signed March 4, 2014, which authorized agents of the United States Federal Bureau of Investigation to install and monitor a tracking device in or on a SILVER DODGE RAM, with license plate California 8Z53325, VIN # ID7HA18D24S537742, ("TARGET VEHICLE"), for a period of 45 days.

The Court has reviewed the United States' Ex Parte Motion for Order Delaying Notice. Accordingly, it is hereby ORDERED that, pursuant to 18 U.S.C. § 3103a(c) and Federal Rule of Criminal Procedure 41(f)(3), service of notice be delayed for an additional period of ninety days after the termination of previously delay-of-notice period. The new notice date shall therefore be October 13, 2014.

///

1   IT IS FURTHER ORDERED that the Ex Parte Motion for Order Delaying Notice and this Order shall be filed under seal until further order of this Court, except that working copies may be served on FBI agents, federally deputized state and local law enforcement officers, and other government contract personnel acting under the supervision of such investigative or law enforcement officers, as necessary to effectuate the Court's Order.

IT IS SO ORDERED.

Dated: 7/15/2014

Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE