1  BENJAMIN B. WAGNER
   United States Attorney
2  JOSH F. SIGAL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

**FILED**

JUL 17 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE INSTALLATION AND MONITORING OF A TRACKING DEVICE IN OR ON A SILVER DODGE RAM, WITH LICENSE PLATE California 8Z53325, VIN # ID7HA18D24S537742 | CASE NO. 2:14-SW-0142 AC<br><br>[PROPOSED] ORDER UNSEALING WARRANT AND APPLICATION |

The government's request to unseal the Warrant and this case is GRANTED.

Dated: 7/17/15

_____
HONORABLE ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE